IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JULIO CUERO GUTIERREZ, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 322-118 |
| WARDEN, FCI FORT DIX, | ) ) ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Respondent's motion to dismiss, (doc. no. 5), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this 17th day of January, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE